UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **SAYDI DOMINGO JIMENEZ ET AL** | **CASE NO. 6:25-CV-01892 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SCOTT LADWIG ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# ORDER

Before the Court is "Petitioners' Motion for Temporary Restraining Order" (Doc. 3) filed by Saydi Domingo Jimenez and Jamilex Rebelo Reyes wherein Petitioners request a temporary restraining order ("TRO") pending adjudication of their Petition for a Writ of Habeas Corpus[1] and an order to show cause why a preliminary injunction should not issue pending the final disposition of their habeas petition.

The very basis of a habeas action is to challenge the statutory or constitutional basis for detention. *See Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103, 117 (2020) ("[T]he essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and … the traditional function of the writ is to secure release from illegal custody.") (quoting *Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973)). Seeking injunctive relief that mirrors the relief requested in the habeas petition is nothing more than a motion to decide my habeas petition now. *See Garcia-Aleman v. Thompson*, No. 5:25-CV-00886, ECF No. 20 (S.D. Tex. Oct. 30, 2025)).

---

[1] Doc. 1.

Here, Plaintiffs are seeking immediate relief or in the alternative, that "the Court request that Respondents be ordered to conduct a bond hearing at which the government must bear the burden of justifying Petitioner's continued detention by clear and convincing evidence."[2] The Court considers this to be a short cut around the habeas process. The preliminary relief sought—a bond hearing—mirrors the ultimate relief sought in the habeas Petition, and the arguments for both are the same. Accordingly,

**IT IS ORDERED** that the Petitioners' Motion for Temporary Restraining Order (Doc. 3) is **DENIED,** and this matter is hereby referred to the Magistrate Judge for the issuance of an expedited briefing schedule and further disposition.

**THUS DONE AND SIGNED** in chambers on this 12th day of December, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[2] Petitioner's Memorandum, p. 11, Doc. 3-1.