UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **SAYDI DOMINGO JIMENEZ, ET AL** | **DOCKET NO. 6:25-cv-01892** |
| | **SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SCOTT LADWIG, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## ORDER

Before the court is a petition for writ of habeas corpus [doc. 1] filed pursuant to 28 U.S.C. § 2241 by Saydi Domingo Jimenez and Jamilex Rebelo-Reyes ("Petitioners"), through counsel. Petitioners are presently in the custody of ICE, detained at the South Louisiana ICE Processing Center in Basile, Louisiana.

On December 12, 2025, Judge Cain denied Petitioners' Motion for Temporary Restraining Order and referred this matter to the undersigned for issuance of an expedited briefing schedule and further disposition. Doc. 8.

Accordingly,

**IT IS ORDERED** that the Respondent is to file a Response to the instant petition by January 9, 2026.

**IT IS FURTHER ORDERED** that Petitioners are allowed five (5) days following the filing of the Respondent's answer to file a reply brief.

**After the record is complete and all legal delays have run, the court will determine the necessity of an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will issue without further notice.**

-2-

**THUS DONE AND SIGNED** in chambers this 15th day of December, 2025.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**