UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **SAYDI DOMINGO JIMENEZ and JAMILEX REBELO-REYES** | ) ) ) | **CIVIL ACTION NO: 6:25-cv-01892** |
| **VERSUS** | ) ) | **JUDGE CAIN** |
| **SCOTT LADWIG, *ET AL.*** | ) ) | **MAGISTRATE JUDGE WHITEHURST** |

## ORDER

Upon consideration of the motion filed on behalf of Respondents seeking an extension of time to file a Response to the Petition for a Writ of Habeas Corpus, and good cause having been shown,

**IT IS HEREBY ORDERED** that Respondents' Unopposed Motion for Extension of Time to File Response is **GRANTED**, and Respondents are hereby **GRANTED** an extension of time of seven (7) days from the current responsive pleading deadline, up to and including **January 16, 2026,** in which to file a response to the Petition for a Writ of Habeas Corpus.

**THUS DONE AND SIGNED** in Chambers in Lafayette, Louisiana, this __9th__ day of _____January_____, 2026.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**