# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAYDI DOMINGO JIMENEZ and JAMILEX REBELO-REYES, <br><br> *Petitioners*, <br><br>       *v.* <br><br> SCOTT LADWIG, in his official capacity as Acting Field Office Director of the New Orleans Field Office of U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations; <br><br> Warden, South Louisiana ICE Processing Center; <br><br> TODD LYONS, in his official capacity as Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; <br><br> KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; and <br><br> PAMELA BONDI, in her official capacity as Attorney General of the United States, <br><br>       *Respondents*. | **Case No. 6:25-cv-01892-JDC-CBW** |

## ORDER TO DISMISS PETITONER SAYDI DOMINGO JIMENEZ

IT IS ORDERED that Petitioners' Motion to Voluntarily Dismiss Petitioner Saydi Domingo Jimenez (Dkt. 16) is GRANTED.

THUS DONE AND SIGNED in chambers on this 14th day of May, 2026.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE